# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MIRCA BENITEZ CACERES and GUILLIERMO CACERES,<br>    Plaintiff,<br><br>v.<br><br>BRADLEY HOSPITAL, RHODE ISLAND HOSPITAL, and SEVEN HILLS FOUNDATION,<br>    Defendant. | C.A. No. 23-cv-00356-MSM-PAS |

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Order of 1/30/2024

                                                        Enter:

                                                        /s/ Carrie L. Potter
                                                        Deputy Clerk

Dated: 1/30/2024