# United States Court of Appeals
## For the First Circuit

_____

No. 24-1168

MIRCA BENITEZ CACERES; GUILLERMO CACERES,

Plaintiff - Appellant,

v.

SEVEN HILLS FOUNDATION,

Defendant - Appellee,

BRADLEY HOSPITAL; RHODE ISLAND HOSPITAL,

Defendants.

_____

Before

Barron, Chief Judge,
Gelpí and Aframe, Circuit Judges.

_____

**JUDGMENT**

Entered: November 18, 2025

    Pro se appellants Mirca Benitez Caceres and Guillermo Caceres appeal from the district court's dismissal of their complaint. Having carefully reviewed the parties' submissions and the record, we affirm essentially for the reasons stated by the district court.

    The judgment of the district court is affirmed. See 1st Cir. R. 27.0(c).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Mirca Benitez Caceres
Stanley F. Pupecki
Mark P. Dolan
Guillermo Caceres